COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| RICK MENDOZA and IRENE MENDOZA, | § | No. 08-08-00279-CV |
|  | § | Appeal from |
| Appellants, | § | 327th District Court |
| v. | § | of El Paso County, Texas |
| ALICIA G. MURPHY, M.D. and MARIANO ALLEN, M.D., | § | (TC # 2005-1644) |
|  | § |  |
| Appellees. |  |  |

## MEMORANDUM OPINION

Pending before the Court is Appellants' motion to dismiss the appeal pursuant to TEX.R.APP.P. 42.1(a)(1). Appellees have not objected to the dismissal and there is no indication that dismissal would prevent Appellees from seeking relief to which they would otherwise be entitled. We therefore grant the motion and dismiss the appeal. Costs are taxed against Appellants. *See* TEX.R.APP.P. 42.1(d).

April 9, 2009

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.
Chew, C.J., not participating